UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANTELL GOSZTYLA,<br><br>    Petitioner,<br><br>    v.<br><br>PALLERES,<br><br>    Respondent. | No. 2:22-cv-0900 KJN P<br><br>ORDER |

Petitioner is a state prisoner, proceeding pro se and in forma pauperis, with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On October 11, 2022, petitioner filed a putative second addendum to the federal habeas petition claiming she has exhausted all state court remedies, and seeks appointment of counsel.  (ECF No. 8.)  In light of the complexity of the legal issues involved, the court has determined that the interests of justice require appointment of counsel.  See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for appointment of counsel (ECF No. 8) is granted.

2. The Federal Defender is appointed to represent petitioner.

3. Petitioner's counsel shall contact the Clerk's Office to make arrangements for copies of documents in the file.

1

   4.  Within sixty days from the date of this order, counsel shall file an amended petition containing all of petitioner's claims for habeas relief.

   5.  The Clerk of the Court shall serve a copy of this order on the Federal Defender, Attention:  Habeas Appointment.

Dated:  October 19, 2022

/gosz0900.110a

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE