Stephanie M. Adraktas
State Bar #215323
2625 Alcatraz Avenue, #233
Berkeley, CA 94705
415-699-1507
stephanieadraktas@att.net
Attorney for Petitioner

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANTELL GOSZTYLA,<br><br>　　　　Petitioner,<br><br>vs.<br><br>MICHAEL PALLERES,<br><br>　　　　Respondent | Case No. 2:22-cv-0900-KJN-P<br><br>ORDER EXTENDING TIME TO FILE AMENDED PETITION |

　　　Petitioner seeks a 91-day extension of time to file the amended petition in this case. Good cause appearing, petitioner's motion is granted.

　　　Accordingly, IT IS HEREBY ORDERED that:

　　　1. Petitioner's motion (ECF No. 14) is granted; and

　　　2. Petitioner shall file an amended petition on or before Monday, March 20, 2023.

Dated:  December 12, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/gosz0900.eot