IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHANTELL GOSZTYLA**, | Case No. 2:22-cv-0900 KJN P |
| Petitioner, | |
| v. | [PROPOSED] ORDER |
| **MICHAEL PALLARES**, | |
| Respondent. | |

Respondent moved for a thirty-day enlargement of time to file a response to petitioner's amended petition for writ of habeas corpus. Respondent claims that it was not possible to obtain a stipulation because petitioner is proceeding pro se and is incarcerated. However, respondent is mistaken. Petitioner was appointed counsel on October 20, 2022, and was granted several extensions of time to file an amended petition. Therefore, respondent's motion for extension of time is denied without prejudice to seeking a stipulation from counsel for petitioner.

Accordingly, IT IS HEREBY ORDERED that respondent's motion for extension of time (ECF No. 26) is denied without prejudice.

Dated:  October 27, 2023

/gosz0900.ext.d

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE