Stephanie M. Adraktas
State Bar #215323
2625 Alcatraz Avenue, #233
Berkeley, CA 94705
415-699-1507
stephanieadraktas@att.net
Attorney for Chantell Gosztyla

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANTELL GOSZTYLA,<br><br>　　　　Petitioner,<br><br>vs.<br><br>MICHAEL PALLARES,<br><br>　　　　Defendant | Case No.  2:22-cv-0900-KJN-P<br><br>ORDER GRANTING MOTION TO EXTEND TIME TO FILE REPLY |

Petitioner is a state prisoner, proceeding through counsel.  On November 27, 2023, petitioner filed a motion for extension of time to file a reply.  Good cause appearing, petitioner's motion is granted.

Accordingly, IT IS HEREBY ORDERED that:

1.  Petitioner's motion for extension (ECF No. 32) is granted; and

2.  Petitioner shall file the reply no later than February 2, 2024.

Dated:  November 28, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cw/gosz0900.ext